**CORDIS CORPORATION, Plaintiff–Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office and United States Patent and Trademark Office, Defendants–Appellees,**

and

**Abbott Laboratories, Defendant–Appellee.**

**No. 2012–1039.**

United States Court of Appeals, Federal Circuit.

Jan. 30, 2012.

## ON MOTION

### ORDER

Cordis Corporation moves to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.